IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| OMAR PINKY MONTEZANO MARTINEZ | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 1:25-cv-02274-AJT-IDD |
| PAUL PERRY, *et al.*, | ) ) ) ) | |
| Respondents. | ) | |

### ORDER

Before the Court is Omar "Pinky" Montezano Martinez' Petition for Writ of Habeas Corpus, [Doc. No. 1] (the "Petition"). Petitioner filed the Petition on December 5, 2025. Upon consideration of the Petition, it is hereby

**ORDERED** that Petitioner shall forthwith serve the Respondents with a copy of the Petition and this Order as soon as practicable; and it is further

**ORDERED** that the Respondents shall file a response to the Petition within three (3) days of being served with Petitioners' action pursuant to 28 U.S.C. § 2243; and it is further

**ORDERED** that the Respondents and any of Respondents' officers, agents, servants, employees, and attorneys, as well as other person acting in concert with them, be, and the same hereby are **ENJOINED** from removing the Petitioner from this judicial district pending further order of the Court.

The Clerk is directed to send copies of this Order to all counsel of record.

Alexandria, Virginia
December 10, 2025

/s/
Anthony J. Trenga
Senior United States District Judge

1